IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHAD ANDREW STITES,

    Petitioner,     JUDGMENT IN A CIVIL CASE

v.     Case No. 16-cv-155-slc

SARAH WESCOTT and
JOSH CHAMPION,

    Respondents.

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Chad Andrew Stites' petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2244(b) as a second or successive petition for which petitioner has failed to obtain permission from the Court of Appeals for the Seventh Circuit.

    /s/     6/2/2016

Peter Oppeneer, Clerk of Court     Date